594-07/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MERIDIAN BULK CARRIERS, LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MERIDIAN BULK CARRIERS, LTD.,                         07 CV _____ ( )

                              Plaintiff,                    **RULE 7.1 STATEMENT**

     -against -

JOINT STOCK COMPANY BELARUSSIAN
SHIPPING CO., a/k/a BELARUSSIAN SHIPPING CO.,

                              Defendant.
-----------------------------------------------------------------x

     The Plaintiff, MERIDIAN BULK CARRIERS, LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       November 21, 2007

                           FREEHILL HOGAN & MAHAR, LLP
                           Attorneys for Plaintiff
                           MERIDIAN BULK CARRIERS, LTD.

                           By: _____
                              Michael E. Unger (MU 0045)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900
                              Facsimile: (212) 425-1901

NYDOCS1/294299.1