**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 2-14-08

## LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC F. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. ME...
DON P. MURN...
THOMAS M. R...
THOMAS M. CANEVARI
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†▲
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
• ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
...RGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

**MEMO ENDORSED**

*Handwritten endorsement:* A conference will be held on March 28, 2008 at 11:00 am. If no assets have been attached, plaintiff should dismiss without prejudice. If plaintiff has attached assets, then it should be ready to proceed.
SO ORDERED.
/s/ P. Kevin Castel, USDJ
2-14-08

January 17, 2008

OUR REF: 594-07/MEU

By Facsimile: (212) 805-7949
The Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **MERIDIAN BULK CARRIERS, LTD. v. JOINT STOCK COMPANY BELARUSSIAN SHIPPING CO., a/k/a BELARUSSIAN SHIPPING CO.**
      **07cv10516 (PKC) – SDNY**

Dear Judge Castel:

We write in response to the January 16, 2008 e-mail from Mr. D'Agostino requesting a status report on the above Rule B attachment matter. This action was filed on November 21, 2007 and the issued an Order directing the Clerk to issue Process of Maritime Attachment and Garnishment ("PMAG") the same day. We have been serving the PMAG upon the various garnishee banks for approximately six weeks. To date, we have not been advised of any funds having been restrained.

We look forward to discussing the matter further with the Court at the conference scheduled for January 18, 2008 at 10:15 AM.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

Michael E. Unger

NYDOCS1/297505.1