594-08/MEU/SL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MERIDIAN BULK CARRIERS, LTD.,

                          Plaintiff,

    - against –

JOINT STOCK COMPANY BELARUSSIAN
SHIPPING CO., a/k/a BELARUSSIAN SHIPPING CO.

                        Defendant.
-----------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

07 CV 10516 (PKC)

**ORDER
DIRECTING THE CLERK TO
REOPEN THE ACTION**

    The Court having been advised that Plaintiff's claims asserted in the above-captioned

action remain unpaid and outstanding, it is hereby

    **O R D E R E D** that the above-captioned action be and is hereby reopened.

Dated: New York, New York
      June 24 , 2008

                                 The Hon. P. Kevin Castel, U.S.D.J.

NYDOCS1/307225.1