594-07/MEU/SL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x   07 CV 10516 (KPC)
MERIDIAN BULK CARRIERS, LTD.,

      Plaintiff,      **ORDER**
                 **DIRECTING CLERK TO ISSUE**
 -against-          **SECOND AMENDED PROCESS OF**
                  **MARITIME ATTACHMENT AND**
JOINT STOCK COMPANY BELARUSSIAN **GARNISHMENT; APPOINTING**
SHIPPING CO., a/k/a BELARUSSIAN SHIPPING **PERSON(S) TO SERVE PROCESS**
CO., a/k/a JSC BELARUSSIAN SHIPPING CO., **PURSUANT TO RULE 4(c); and**
A/k/a BELARUSIAN SHIPPING CO., a/k/a **DEFINING SCOPE OF SERVICE**
BELORUSSIAN SHIPPING CO., TRASER
ALLIANCE LTD., MALTO LIMITED,
FORSBERG AND CO. LLP, RIMEX LIMITED,
DEKKER LIMITED, C/GT GROUP LIMITED,
LAKE PARK EXPERTS LIMITED, a/k/a
LAKEPARK EXPERTS LIMITED, PRIMETRANS
UNIVERSAL INC. and EURASIA SHIPPING &
PORTS, a/k/a EURASIA SHIPPING AND PORT
SERVICES LLP, a/k/a EURASIA SHIPPING
COMPANY LLP,

      Defendants.
----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08
```

  Upon reading and filing the Amended Verified Complaint of the Plaintiff herein, verified on the 28th day of July, 2008, the Defendants JOINT STOCK COMPANY BELARUSSIAN SHIPPING CO., a/k/a BELARUSSIAN SHIPPING CO., a/k/a JSC BELARUSSIAN SHIPPING CO., a/k/a BELARUSIAN SHIPPING CO., a/k/a BELORUSSIAN SHIPPING CO., TRASER ALLIANCE LTD., MALTO LIMITED, FORSBERG AND CO. LLP, RIMEX LIMITED, DEKKER LIMITED, C/GT GROUP LIMITED, LAKE PARK EXPERTS LIMITED, a/k/a LAKEPARK EXPERTS LIMITED, PRIMETRANS UNIVERSAL INC. and EURASIA SHIPPING & PORTS, a/k/a EURASIA SHIPPING AND PORT SERVICES LLP, a/k/a EURASIA SHIPPING COMPANY LLP, cannot be found within this District for the purpose of

NYDOCS1/308988.1

an attachment under Supplemental Rule B(1), and in support of an order appointing a special process server pursuant to Rule 4(c), and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist, and good cause having been shown; and

NOW, upon motion of Freehill Hogan & Mahar, LLP, attorneys for the Plaintiff, it is hereby

**O R D E R E D** that the Clerk of this Court is directed forthwith to issue the Second Amended Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the Defendants, as described therein, including but not limited to any property in which the Defendants have an interest, including but not limited to any cash, funds, escrow funds, debts, credits, wire transfers, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, and/or any other assets of, belonging to, due or being transferred to, from, or for the benefit of the Defendants JOINT STOCK COMPANY BELARUSSIAN SHIPPING CO., a/k/a BELARUSSIAN SHIPPING CO., a/k/a JSC BELARUSSIAN SHIPPING CO., a/k/a BELARUSIAN SHIPPING CO., a/k/a BELORUSSIAN SHIPPING CO., TRASER ALLIANCE LTD., MALTO LIMITED, FORSBERG AND CO. LLP, RIMEX LIMITED, DEKKER LIMITED, C/GT GROUP LIMITED, LAKE PARK EXPERTS LIMITED, a/k/a LAKEPARK EXPERTS LIMITED, PRIMETRANS UNIVERSAL INC. and EURASIA SHIPPING & PORTS, a/k/a EURASIA SHIPPING AND PORT SERVICES LLP, a/k/a EURASIA SHIPPING COMPANY LLP (hereinafter "ASSETS"), including but not limited to such ASSETS as may be held, received or transferred for their individual benefits, at, through, or within the possession, custody or control of banking institutions and/or other institutions and/or such other garnishee(s) on whom a copy of the

Second Amended Process of Maritime Attachment and Garnishment may be served, in the amount of $171,406.95 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure in respect to the claim against the Defendants, as identified in the Amended Verified Complaint and as specified in the Second Amended Process; and it is further

**O R D E R E D** that supplemental process enforcing the Court's Order may be issued and served without further Order of the Court; and it is further

**O R D E R E D** that Lawrence Kahn, Barbara Carnevale, Pamela Shultz, Justin Nastro, Daniel Fitzgerald, Michael Elliot, Jan Gisholt, Susan Lee, Robert Ridenour, Joan Sorrentino, Christina Gargano, or any other partner, associate, paralegal or other agent of Freehill Hogan & Mahar LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Second Amended Process of Maritime Attachment and Garnishment and the Amended Verified Complaint, together with a copy of this Order and any Interrogatories, upon any garnishee(s) named in the Second Amended Process, together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for, or on behalf of the Defendant and it is further

**O R D E R E D** that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the Second Amended Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, such service to be in accordance with each garnishee's preference or policy, and such facsimile or other electronic transmission shall

be deemed to be made within the district if it has been sent from within the district; and it is further

**O R D E R E D** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service, and that same service is further deemed to be effective through the end of the next business day provided another service is made during the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each garnishee may consent, in writing, to accept service by any other means.

Dated: New York, New York
       July **30**, 2008

_____
The Hon. ~~P. Kevin Castel~~, U.S.D.J.
R. Holwell
Part I